IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL-17-md-2775<br>Hon. Catherine C. Blake |
| This Document Relates to | **SHORT FORM COMPLAINT** |

### SHORT FORM COMPLAINT

1. Plaintiff, <u>Ruth A. Monteleone</u>, states and brings this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*. Plaintiff(s) **are** filing this Short Form Complaint pursuant to CMO No. 3, entered by this Court.

### PARTIES, JURISDICTION AND VENUE

2. Plaintiff is a resident and citizen of <u>Ohio</u> and claims damages as set forth below.

3. ~~Plaintiff's Spouse _____ is a resident and citizen of _____ and claims loss of consortium damages as set forth below~~.

4. Federal jurisdiction is proper based on diversity of citizenship.

5. The Federal District in which Plaintiff's initial implant took place: <u>District Court of Ohio.</u>

6. The Federal District in which Plaintiff's revision(s) surgeries took place: <u>District Court of West Virginia</u>.

7. Plaintiff brings this action *[check the applicable designation]*:

   <u> X </u>   On behalf of herself;

~~_____ In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

*~~[Cross out if not applicable.]~~*

## FACTUAL ALLEGATIONS

8. On or about __October 13, 2015__ Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's LEFT hip.

9. Plaintiff's LEFT BHR implant surgery was performed at Ohio Valley Medical Center by Dante A. Marra, M.D.

10. Plaintiff underwent medically-indicated revision of the LEFT BHR hip implant on or about __January 7, 2018__. ~~[OR: Plaintiff's medical provider(s) have recommended revision but Plaintiff has not been medically cleared to undergo revision surgery:_____(checkbox)]~~

11. Plaintiff's revision surgery was performed by __Adam E. Klein, M.D.__ at West Virginia University Hospital.

12. Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery medically necessary: __Failed Hip Resurfacing; revision surgery_____

_____

2

13. ~~[IF BILATERAL]: Plaintiff's (LEFT/RIGHT) BHR implant surgery was performed at _____ by _____.~~

14. ~~[IF BILATERAL]: On or about _____, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's (LEFT/RIGHT) hip.~~

15. ~~[IF BILATERAL]: Plaintiff underwent medically-indicated revision of the (LEFT/RIGHT) BHR hip implant on or about _____. [OR: Plaintiff's medical provider(s) have recommended revision but Plaintiff has not been medically cleared to undergo revision surgery:_____(checkbox)]~~

16. ~~[IF BILATERAL] Plaintiff's revision surgery was performed by _____ at _____.~~

17. Plaintiff adopts the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 11, 2017, and any and all amendments to the MACC.

18. Notwithstanding the foregoing, Plaintiff does not adopt the following paragraphs of the MACC: _____.

19. Notwithstanding the foregoing, Plaintiff additionally alleges that:

_____

_____

_____

_____

**ALLEGATIONS AS TO INJURIES**

20. (a) Plaintiff claims damages as a result of (check all that are applicable):

__X__            INJURY TO HERSELF/HIMSELF

3

   _____  INJURY TO THE PERSON REPRESENTED

   _____  WRONGFUL DEATH

   _____  SURVIVORSHIP ACTION

   _____  ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):

*[Cross out if not applicable.]*

   _____  ~~LOSS OF SERVICES~~

   _____  ~~LOSS OF CONSORTIUM~~

21. Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

22. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference under the laws of the following state (check all that are applicable):

__X____COUNT I   (strict products liability: Ohio)

__X____COUNT II  (negligence: Ohio)

__X____COUNT III (strict products liability failure to warn: Ohio)

__X____COUNT IV  (negligent failure to warn: Ohio)

__X____COUNT V   (negligent misrepresentation: Ohio)

__X____COUNT VI  (negligence per se: Ohio)

__X____COUNT VII (breach of express warranties: Ohio)

__X____COUNT VIII (manufacturing defect: Ohio)

__X____COUNT IX  (punitive damages: Ohio)

In addition to the above, Plaintiff(s) assert the following additional causes of action under

applicable state law:

_____

_____

_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendant as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement; and

7. All other relief as the Court deems necessary, just and proper.

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: <u>March 7, 2019</u>　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**Napoli Shkolnik, PLLC**

　　　　　　　　　　　　　　　　　　　**By:**  /s/ Nicholas R. Farnolo
　　　　　　　　　　　　　　　　　　　Nicholas R. Farnolo
　　　　　　　　　　　　　　　　　　　400 Broadhollow Road
　　　　　　　　　　　　　　　　　　　Melville, NY 11747
　　　　　　　　　　　　　　　　　　　(212) 397-1000
　　　　　　　　　　　　　　　　　　　NFarnolo@NapoliLaw.com
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on the 25 day of February 2019, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

                   s/ Nicholas R. Farnolo
                   *Counsel for Plaintiff*